UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

COURTNEY MILLER,

      Plaintiff,

      v.

ERIC MILLER, et al.,

      Defendants.

CIVIL ACTION NO. 3:25-CV-1454

(SAPORITO, J.)
(BLOOM, C.M.J.)

## ORDER

AND NOW, this 10th day of March, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**

1.  The report and recommendation of Judge Bloom (Doc. 43) is **ADOPTED** as supplemented and modified by the accompanying Memorandum;

2.  The court will decline to exercise jurisdiction of the plaintiff's procedural due process claims under the *Younger* abstention doctrine, and, as such, these claims are **DISMISSED** pursuant to Fed. R. Civ. P. 12(b)(6);

3.  The plaintiff's remaining claims are **DISMISSED** for failure to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915(e)(2)(b)(ii); and

4. The plaintiff's motions for TRO and related motions (Doc. 2; Doc. 21; Doc. 36; Doc. 38) are **DENIED**.

5. The plaintiff's motion for leave to appeal *in forma pauperis* (Doc. 44) is **DENIED** as moot, as the plaintiff has been previously granted *in forma pauperis* status. *See* (Doc. 26).

6. The Clerk shall close this case.

Dated: March 10, 2026                    *s/Joseph F. Saporito, Jr.*
                                         JOSEPH F. SAPORITO, JR.
                                         United States District Judge